UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAMPAIGN FOR ACCOUNTABILITY**, 611 Pennsylvania Avenue SE, #337 Washington, DC 20003,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**, 200 Independence Avenue SW Washington, DC 20201<br><br>and<br><br>**U.S. DEPARTMENT OF STATE**, Office of Information Programs and Services, A/GIS/IPS/RL, SA-2, Suite 8100 Washington, DC 20522<br><br>and<br><br>**U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT**, Office of Management Services, Room 2.07-C - RRB Washington, DC 20523,<br><br>　　　　　Defendants. | Civil Case No. 18-cv-464 |

## <u>COMPLAINT</u>

1.      Plaintiff Campaign for Accountability brings this action against the U.S.

Department of Health and Human Services, the U.S. Department of State, and the U.S. Agency

for International Development under the Freedom of Information Act, 5 U.S.C. § 522 ("FOIA"),

and the Declaratory Judgement Act, 28 U.S.C. § § 2201 and 2202, seeking declaratory and injunctive relief to compel compliance with the requirements of FOIA.

## JURISDICTION AND VENUE

2.      This Court has jurisdiction over this action under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331, 2201 and 2202.

3.      Venue is proper in this district under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

4.      Because Defendants failed to comply with the applicable time-limit provisions of FOIA, Campaign for Accountability is deemed to have exhausted its administrative remedies pursuant to 5 U.S.C. § 552(a)(6)(C)(i) and is now entitled to judicial action enjoining Defendants from continuing to withhold records and ordering the production of records improperly held.

## PARTIES

5.      Plaintiff Campaign for Accountability ("CfA") is a non-partisan organization primarily engaged in disseminating information to the public. CfA uses research, litigation, and communications to expose misconduct and malfeasance in public life. Through research and FOIA requests, CfA uses the information gathered, and its analysis of it, to educate the public about the activities and operations of the federal government, local and state governments, and other public actors through reports, press releases, and other media.

6.      Defendant the U.S. Department of Health and Human Services ("HHS") is a department of the executive branch of the U.S. government, headquartered in Washington, D.C.,

and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). HHS has possession, custody, and control of the records CfA seeks.

7.      Defendant the U.S. Department of State ("State") is a department of the executive branch of the U.S. government headquartered in Washington, D.C., and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). State has possession, custody, and control of the records CfA seeks.

8.      Defendant the U.S. Agency for International Development ("USAID") is an independent agency of the U.S. government headquartered in Washington D.C. USAID was created by mandate of the Foreign Assistance Act, 22 U.S.C. § 2151 and established by executive order on September 4, 1961. USAID has possession, custody, and control of the records CfA seeks.

## STATEMENT OF FACTS

9.      The Mexico City Policy, first announced by the Reagan administration and rescinded and reinstated by subsequent administrations, is a United States government policy that blocks U.S. federal funding for foreign non-governmental organizations that provide abortion counselling or referrals. On January 23, 2017, President Donald Trump reinstated and expanded the Mexico City Policy via presidential memorandum. Subsequently, on May 15, 2017, State issued guidance implementing the policy, "Protecting Life in Global Health Assistance."

10.     United Nations Population Fund ("UNFPA") is an agency within the United Nations that focuses on reproductive health and rights. According to its website, UNFPA's

mission is to "deliver a world where every pregnancy is wanted, every childbirth is safe and every young person's potential is fulfilled." On April 3, 2017, in a letter to U.S. Senate Foreign Relations Committee Chairman Bob Corker, State declared it was withdrawing U.S. funding for the UNFPA.

11.     On September 27, 2017, CfA submitted FOIA requests to HHS, State, and USAID, seeking documents and records related to Defendants' communications with specific non-profit organizations promoting conservative values on reproductive rights, and/or White House officials regarding the Trump administration's reinstatement and implementation of the Mexico City Policy.

12.      CfA also requested documents and records of communications between State and those same non-profit organizations and/or White House officials regarding the Trump administration's decision to end funding for the United Nations Population Fund ("UNFPA").

13.     The public deserves the opportunity to determine whether and to what extent these organizations influenced HHS, State, and USAID as they counsel the Trump administration's reinstatement of the Mexico City Policy and decision to stop funding the UNFPA. These matters are of paramount public concern.

14.     The specifics of each request are set out in detail below.

*The Department of Health and Human Services FOIA Request*

15.     On September 27, 2017, CfA submitted a FOIA request to HHS ("HHS FOIA Request") seeking:

    a.   All communications, meeting notices, meeting agendas, informational materials, draft legislation, talking points, or other documents received by representatives of HHS from, sent by representatives of HHS to, or exchanged between representatives of HHS and representatives of the Susan B. Anthony List, Concerned Women for America, the Heritage Foundation, and/or the Center for Family and Human Rights ("C-Fam") regarding the January 23 presidential memorandum reinstating the Mexico City Policy, or the Department of State's May 15 "Protecting Life in Global Health Assistance" plan implementing the policy.

    b.   All calendar entries reflecting meetings between representatives of HHS and representatives of the Susan B. Anthony List, Concerned Women for America, the Heritage Foundation, and/or C-Fam regarding the January 23 presidential memorandum reinstating the Mexico City Policy, or the Department of State's May 15 "Protecting Life in Global Heath Assistance" plan implementing the policy.

    c.   All communications, meeting notices, meeting agendas, informational materials, draft legislation, talking points, or other documents received by representatives of HHS from, sent by representatives of HHS to, or exchanged between representatives of HHS and representatives of the Department of State, the U.S. Agency for International Development, and/or the Trump White House regarding the January 23 presidential memorandum reinstating the Mexico City Policy, or the Department of State's May 15 "Protecting Life in Global Health Assistance" plan implementing the policy.

    d.   All calendar entries reflecting meetings between representatives of HHS and representatives of the Department of State, the U.S. Agency for International Development, and/or the Trump White House regarding the January 23 presidential memorandum reinstating the Mexico City Policy, or the Department of State's May 15 "Protecting Life in Global Health Assistance" plan implementing the policy.

16.    The request sought all responsive records from January 20, 2017, to the date of the search. A copy of the HHS FOIA Request is attached hereto as Exhibit A and incorporated herein.

17.    On October 10, 2017, CfA received a letter from Michael S. Marquis, Director of FOI/Privacy Acts Division of HHS stating that HHS initiated a search for the documents. Mr. Marquis further stated that CfA's request was "voluminous" and required "extensive search and

examination," and that HHS planned to contact CfA "shortly" to discuss modifying the request.

CfA's HHS FOIA Request was assigned tracking number **2017-01242-FOIA-OSB**. A copy of the

letter is attached hereto as Exhibit B and incorporated herein.

18.     As of February 21, 2018, the status of the HHS FOIA Request is listed as "In

Process." CfA has not received any further communication from HHS regarding this request.

*The U.S. Department of State FOIA Request*

19.     On September 27, 2017, CfA submitted a FOIA request to State ("State FOIA

Request") seeking:

> a.  All communications, meeting notices, meeting agendas, informational
>     materials, draft legislation, talking points, or other documents received by
>     representatives of State from, sent by representatives of State to, or
>     exchanged between representatives of State and representatives of the
>     Susan B. Anthony List, Concerned Women for America, the Heritage
>     Foundation, and/or the Center for Family and Human Rights ("C-Fam")
>     regarding the January 23 presidential memorandum reinstating the Mexico
>     City Policy, or the Department of State's May 15 "Protecting Life in
>     Global Health Assistance" plan implementing the policy.
>
> b.  All calendar entries reflecting meetings between representatives of State
>     and representatives of the Susan B. Anthony List, Concerned Women for
>     America, the Heritage Foundation, and/or C-Fam regarding the January 23
>     presidential memorandum reinstating the Mexico City Policy, or the
>     Department of State's May 15 "Protecting Life in Global Heath
>     Assistance" plan implementing the policy.
>
> c.  All communications, meeting notices, meeting agendas, informational
>     materials, draft legislation, talking points, or other documents received by
>     representatives of State from, sent by representatives of State to, or
>     exchanged between representatives of State and representatives of the
>     Trump White House regarding the January 23 presidential memorandum
>     reinstating the Mexico City Policy, or Department of State's May 15
>     "Protecting Life in Global Health Assistance" plan implementing the
>     policy.

  d. All calendar entries reflecting meetings between representatives of State and representatives of the Trump White House regarding the January 23 presidential memorandum reinstating the Mexico City Policy, or the Department of State's May 15 "Protecting Life in Global Health Assistance" plan implementing the policy.

  e. All communications, meeting notices, meeting agendas, informational materials, draft legislation, talking points, or other documents received by representatives of State and Heritage Foundation, and/or C-Fam regarding State's decision, announced in an April 3 letter to Senator Bob Corker, to end its funding for the United Nations Population Fund ("UNFPA").

  f. All calendar entries reflecting meetings between representatives of State and representatives of the Susan B. Anthony List, Concerned Women for America, the Heritage Foundation, and/or C-Fam regarding State's decision to end its funding for UNFPA.

  g. All communications, meeting notices, meeting agendas, informational materials, draft legislation, talking points, or other documents received by representatives of State and representatives of the Trump White House regarding State's decision to end its funding for the UNFPA.

  h. All calendar entries reflecting meetings between representatives of State and representatives of the Trump White House regarding State's decision to end its funding for UNFPA.

20. The request sought all responsive records from January 20, 2017, to the date of the search. A copy of the State FOIA Request is attached hereto as Exhibit C and incorporated herein.

21. On October 12, 2017, CfA received a letter from State's Requester Communications Branch, Office of Information Programs & Services deferring CfA's request for a fee waiver until State is "able to determine whether the disclosure of any records responsive to your request is in the public interest consistent with 22 C.F.R. § 171.16," and assigning the request tracking number **F-2017-15758**. A copy of the letter is attached hereto as Exhibit D and incorporated herein.

22. CfA has not received any further communication from State regarding this request.

*U.S. Agency on International Development FOIA Request*

23. On September 27, 2017, CfA submitted a FOIA request to USAID ("USAID FOIA Request") seeking:

    a. All communications, meeting notices, meeting agendas, informational materials, draft legislation, talking points, or other documents received by representatives of USAID from, sent by representatives of USAID to, or exchanged between representatives of USAID and representatives of the Susan B. Anthony List, Concerned Women for America, the Heritage Foundation, and/or the Center for Family and Human Rights ("C-Fam") regarding the January 23 presidential memorandum reinstating the Mexico City Policy, or the Department of State's May 15 "Protecting Life in Global Health Assistance" plan implementing the policy.

    b. All calendar entries reflecting meetings between representatives of USAID and representatives of the Susan B. Anthony List, Concerned Women for America, the Heritage Foundation, and/or C-Fam regarding the January 23 presidential memorandum reinstating the Mexico City Policy, or the Department of State's May 15 "Protecting Life in Global Heath Assistance" plan implementing the policy.

    c. All communications, meeting notices, meeting agendas, informational materials, draft legislation, talking points, or other documents received by representatives of USAID from, sent by representatives of USAID to, or exchanged between representatives of USAID and representatives of the Department of State, the Department of Health and Human Services, and/or the Trump White House regarding the January 23 presidential memorandum reinstating the Mexico City Policy, or the Department of State's May 15 "Protecting Life in Global Health Assistance" plan implementing the policy.

    d. All calendar entries reflecting meetings between representatives of HHS and representatives of the Department of State, the Department of Health and Human Services, and/or the Trump White House regarding the January 23 presidential memorandum reinstating the Mexico City Policy, or the Department of State's May 15 "Protecting Life in Global Health Assistance" plan implementing the policy.

24.     The request sought all responsive records from January 20, 2017 to the date of the search. A copy of the USAID FOIA Request is attached hereto as Exhibit E and incorporated herein.

25.     On September 28, 2017, CfA received an email from Qianna Norman, ADR/FOIA Specialist at USAID, stating that CfA's fee waiver request was moot as CfA is a member of the media and assigning CfA's request tracking number **F-00300-17**. A copy of the email is attached hereto as Exhibit F and incorporated herein.

26.     CfA has not received any further communication from USAID regarding this request.

*Exhaustion of Administrative Remedies*

27.     Through HHS, State, and USAID's failure to produce the requested documents or otherwise respond within twenty business days, CfA has exhausted it administrative remedies under 5 U.S.C. § 552(a)(6)(C)(i) and seeks immediate judicial review.

28.     As of the date of this complaint, Defendants have failed to (a) notify CfA of any determination regarding the requests, including the scope of any responsive records Defendants intend to produce or withhold and the reasons for any withholdings or (b) produce the requested records or demonstrate that the requested records are lawfully exempt from production.

**COUNT I**
**Violation of FOIA, 5 U.S.C. § 552**
**Failure to Conduct Adequate Search for Responsive Records**

29.     CfA repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth therein.

30.     CfA properly requested records within the possession, custody and control of the Defendants.

31.     Defendants are agencies subject to FOIA and must, therefore, make reasonable efforts to search for the requested records.

32.     Defendants have failed to promptly review agency records for the purpose of locating those records which are responsive to CfA's FOIA requests.

33.     Defendants' failure to conduct adequate searches for responsive records violates FOIA.

34.     Plaintiff CfA, therefore, is entitled to injunctive and declaratory relief requiring Defendants to promptly make reasonable efforts to search for records responsive to CfA's FOIA requests.

### COUNT II
**Violation of FOIA, 5 U.S.C. § 552**
**Wrongful Withholding of Non-Exempt Responsive Records**

35.     CfA repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

36.     CfA properly requested records within the possession, custody and control of Defendants.

37.     Defendants are agencies subject to FOIA and, therefore, must release in response to a FOIA request any non-exempt records and provide a lawful reason for withholding any materials.

38.     Defendants are wrongfully withholding non-exempt agency records requested by CfA by failing to produce non-exempt records responsive to its FOIA requests.

39.     Defendants are wrongfully withholding non-exempt agency records requested by CfA by failing to segregate exempt information in otherwise non-exempt records responsive to CfA's FOIA requests.

40.     Defendants' failure to provide all non-exempt responsive records violates FOIA.

41.     Plaintiff CfA is, therefore, entitled to declaratory and injunctive relief requiring Defendants to promptly produce all non-exempt records responsive to its FOIA requests and provide indices justifying the withholding of any responsive records withheld under claim of exemption.

## **REQUESTED RELIEF**

42.     WHEREFORE, CfA respectfully requests the Court to:

   a.   Order Defendants to conduct searches reasonably calculated to uncover all records responsive to CfA's FOIA requests;

   b.   Order Defendants to produce, within twenty days of the Court's order, or by such other date as the Court deems appropriate, any and all non-exempt records responsive to CfA's FOIA requests and indices justifying the withholding of any responsive records withheld under claim of exemption;

   c.   Enjoin Defendants from continuing to withhold any and all non-exempt records responsive to CfA's FOIA requests;

   d.  Award CfA the costs of this proceeding, including reasonable attorneys'

       fees and other litigation costs reasonably incurred in this action, pursuant

       to 5 U.S.C. § 552(a)(4)(E); and

   e.  Grant CfA such other relief as the Court deems just and proper.

Dated: February 27, 2018                    Respectfully submitted,

                                            BAKER & HOSTETLER LLP

                                  By:    *s/ Carey S. Busen*
                                         Carey S. Busen (DC Bar: 982217)
                                         cbusen@bakerlaw.com

                                         1050 Connecticut Avenue, NW
                                         Suite 1100
                                         Washington, D.C. 20036-5403

                                         Attorneys for Plaintiff
                                         CAMPAIGN FOR ACCOUNTABILITY,
                                         611 Pennsylvania Avenue SE, #337
                                         Washington, DC 20003